liquor tax certificate No. 20,112, issued to David O'Connor.

PER CURIAM. Order reversed, with costs, and application granted, with $25 costs and disbursements. *Held*, that the evidence establishes that the holder of the liquor tax certificate did not comply with, but violated, the law.

WILLIAMS, J., not voting.

CULVER, Appellant, v. CULVER et al., Respondents. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by Julius F. Culver against John Culver and others. M. A. Fowler, for appellant. G. H. Thatcher, for respondents. No opinion. Order affirmed, with costs.

DAKE, Respondent, v. DAKE, Appellant (two cases). (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Actions by Fanny M. Dake, as sole executrix, etc., against Abram M. Dake, as surviving partner, etc.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS, J., not voting

DAKE, Respondent, v. DAKE, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 30, 1904.) Action by Fanny M. Dake as sole executrix, etc., against Abram M. Dake, as surviving partner, etc. No opinion. Motion for leave to appeal to the Court of Appeals granted, and question certified.

In re DALEY. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) In the matter of the application of Patrick X. Daley for a writ of mandamus.

PER CURIAM. Order reversed, with $10 costs and disbursements, and application denied. *Held*, that the Primary Election Law, Laws 1898, p. 351, c. 179, § 9, subd. 1, provides for the selection of a city committee, and does not authorize the selection of such committee in the manner directed by the order appealed from.

DAVIS, Respondent, v. ABELOFF, Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1904.) Action by Marcella Davis against Jacob Abeloff. No opinion. Motion denied, without costs, and stay vacated.

DAVIS, Respondent, v. REFLEX CAMERA CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by Edward P. Davis against the Reflex Camera Company. No opinion. Motion to dismiss appeal granted, without costs.

DAXE, Respondent, v. FORGOTSTON, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Mayer Daxe against Etta Forgotston, impleaded. J. C. Weschler, for appellant. H.

Silverman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

DAY, Appellant, v. BILLINGS, Respondent. (Supreme Court, Appellate Term. November 10, 1904.) Action by E. Warren Day against Marie E. Billings. From a judgment for defendant, plaintiff appeals. Affirmed. Frank M. Wills, for appellant. Herbert J. Hindes, for respondent.

PER CURIAM. It was well-nigh conclusive from the evidence for the plaintiff that in the making of the loan to the defendant he was the real principal; his brother and assignor having been held forth as such as a mere subterfuge, upon which the plaintiff hoped to escape the charge of usury. It was equally conclusive, from the testimony of the plaintiff's brother and his own, taken in connection with the letter written by the plaintiff to the defendant, that the $10 exacted from the latter was received by the former, not as payment for services in the procurement of the loan of $50 for three months, but for the use of the money, and nothing more. These were found by the jury to have been the facts, and there appears no sufficient reason for disturbing their verdict. Judgment affirmed, with costs.

DECKER v. TOWN OF CAMERON. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) Action by Gilbert Decker against the town of Cameron. No opinion. Appeal dismissed, with costs, including $10 costs of this motion, upon stipulation.

DEWEY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by John H. Dewey against the Metropolitan Street Railway Company. B. H. Ames, for appellant. J. C. Robinson, for respondent.

PER CURIAM. Judgment modified, by striking out extra allowance, thus reducing the judgment as entered to the sum of $3,145.31; and, as modified, judgment and order affirmed without costs.

D'HERBLAY v. REDDICK et al. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by Emilie L. D'Herblay against Helen Reddick and others. No opinion. Motion denied, on payment of $10 costs.

DIAMOND, Respondent, v. PLANET MILLS MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by Bridget Diamond, an infant, by Patrick Diamond, her guardian ad litem, against the Planet Mills Manufacturing Company. No opinion. Motion denied.

DINSMORE, Respondent, v. GIBB et al., Appellants. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by Elizabeth R. Dinsmore against John Gibb